BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MEREDITH B. OSBORN (CABN 250467)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    meredith.osborn@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOE BROWN TEPLITZ, <br><br> Defendant. | NO. CR 17-0292 CRB <br><br> NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: August 3, 2017

                                                               Respectfully submitted,

                                                               BRIAN J. STRETCH
                                                               United States Attorney

                                                               _/s/ Elie D__, for
                                                               BARBARA J. VALLIERE
                                                               Chief, Criminal Division

NOTICE OF DISMISSAL
CASE NO. CR 17-0292 CRB

[~~PROPOSED~~] ORDER

Leave is granted to the government to dismiss the Indictment in the above captioned case.

Date: August 4, 2017

_____
HON. CHARLES R. BREYER
United States District Judge